

Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street  |  New York, NY 10019-6131  |  tel 212.858.1000  |  fax 212.858.1500

Carol Lee
tel: +1.212.858.1194
carol.lee@pillsburylaw.com

April 18, 2024

**Via Electronic Filing**

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007



Re:  *Huzhou Chuangtai Rongyuan Investment Management Partnership et al v. Qin, et al.* Case No. 1:24-cv-02219-KPF

Dear Judge Failla:

On behalf of Petitioners Huzhou Chuangtai Rongyuan Investment Management Partnership, Huzhou Huihengying Equity Investment Partnership, and Huzhou Huirongsheng Equity Investment Partnership (collectively, "Petitioners"), to request leave to file documents with redactions, pursuant to Rule 9(B) of Your Honor's Individual Rules of Practice in Civil Cases and the parties' Stipulated Protective Order dated January 3, 2023, Dkt. 92 ("Protective Order") in *Huzhou Chuangtai Rongyuan Investment Management Partnership, et al. v. Hui Qin,* 1:21:cv-09221-KPF (S.D.N.Y. Nov. 8, 2021) (the "Related Case").

On April 13, 2024, Petitioners filed their Reply Memorandum of Law in Support of Plaintiffs' Motion for a Preliminary Injunction (the "Reply"). *See* Dkt. 50. In support of the Motion, Petitioners filed a public and non-public Reply, along with two exhibits. Dkt. 47, 50, 50-1, and 50-2. Plaintiffs' counsel realized that Dkt. 50 was not properly redacted and wishes to seal that docket accordingly in accordance with the Protective Order. Accordingly, pursuant to Your Honor's individual rule 9(A), Petitioners redacted certain information in the above-referenced documents and re-filed the redacted version as Dkt. 53.

Therefore, given that partially redacted versions have been filed, we respectfully request that Dkt. 50 be formally sealed and removed from the docket.

www.pillsburylaw.com

4854-0382-5847.v3

The Honorable Katherine Polk Failla
Page 2

                                                Respectfully submitted,

                                                */s/ Carol Lee*
                                                Carol Lee

Application GRANTED. The Clerk of Court is directed to seal docket entry 50, viewable to the Court and the parties only. The Clerk of Court is further directed to terminate the pending motion at docket entry 54.

Dated:    April 19, 2024        SO ORDERED.
            New York, New York

                                              HON. KATHERINE POLK FAILLA
                                              UNITED STATES DISTRICT JUDGE