# EXHIBIT B

**** Electronically Filed Document ****

Instrument Number: 2022-72132

Recorded As:        EX-M23 - ASSIGN MORT

Recorded On:        July 07, 2022

Recorded At:        09:54:13 am            Receipt Number:   2645311

Number of Pages:    3                      Processed By:     001 DAC

Book-Vl/Pg:         Bk-M  Vl-46726  Pg-769

Total Rec Fee(s):   $355.00

** Examined and Charged as Follows **

23 - ASSIGN MORTGAGE        $ 55.00        EX-Blocks - Mortgages - $300        $ 300.00

Property Information:

| Section | Block | Lot  | Unit | Town Name    |
|---------|-------|------|------|--------------|
| 19      | A     | 559A |      | N. HEMPSTEAD |
| 19      | A     | 559B |      | N. HEMPSTEAD |

************THIS PAGE IS PART OF THE INSTRUMENT ************

Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY
because of color or race is invalid and unenforceable under federal law.



County Clerk Maureen O'Connell

## ASSIGNMENT OF MORTGAGE

**FOR GOOD AND VALUABLE CONSIDERATION**, the sufficiency of which is hereby acknowledged, the undersigned, **QYNM FAMILY HOLDING, LLC (ASSIGNOR)**, by these presents does convey, grant, sell, assign, transfer, and set over the described mortgage together with the certain notes described therein together with all interest secured thereby, all liens, any rights due or to become due thereon to **APPLEGREEN LLC (ASSIGNEE)**. Mortgage, dated December 29, 2020, made by Duo Liu and Xuemin Lio in favor of Qynm Family Holding, LLC in the amount of $8,000,000. Mortgage recorded as Instrument #2021-2593 on January 8, 2021, ✶

Property Address: 39 Applegreen Drive, Old Westbury, New York 11568

Dated: THIS 10th DAY OF June IN THE YEAR 2022
QYNM FAMILY HOLDING, LLC

By: _____
Name: Xueyuan Han
Title: Managing Member

S: 19
B: A
L: 559A & 559B

STATE OF NEW YORK   )
                    ) ss.:
COUNTY of New York  )

On the 10th day of June in the year 2022 before me, the undersigned, personally appeared Xueyuan Han, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person on behalf of which the individual(s) acted, executed the instrument.

_____
Notary Public

NAJMA HANEEF
Notary Public - State of New York
NO. 01HA6320356
Qualified in New York County
My Commission Expires May 16, 2023

RMB

✶ in Book: 44892, Page: 322

11073086.2

# 275 AFFIDAVIT
## STATEMENT TO BE ATTACHED TO ASSIGNMENT OF MORTGAGE

STATE OF NEW YORK )
) ss.:
COUNTY of Nassau )

Duo Liu being duly sworn, deposes and says:

1. I am Duo Liu, the Manager of Applegreen LLC, the assignee of the mortgage(s) which is/are the subject of the attached assignment and as such am fully familiar with the pertinent facts in connection with the transaction involved in this assignment.

2. The assignee is not acting as a nominee of the mortgagor and the mortgage(s) being assigned continues to secure a bona fide obligation.

Applegreen LLC
By: _____
Name: Duo Liu
Title: Manager

Sworn to before me this
1st day of June 2022

_____
Notary Public

**HARRY DESGRANGES**
Notary Public - State of New York
No. 01DE6243311
Qualified in Nassau County
My Commission Expires September 26, 2023

11073817.2