

Pillsbury Winthrop Shaw Pittman LLP
725 South Figueroa Street, Suite 3600 | Los Angeles, CA 90017-5524 | tel 213.488.7100 | fax 213.629.1033

Ronald L. Cheng<br>
tel: +1.213.488.3631<br>
ronald.cheng@pillsburylaw.com

April 29, 2024

**VIA ECF**

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2103
New York, NY 10007

    Re:    *Huzhou Chuangtai Rongyuan Inv. Mgmt. Partnership et al. v. Qin et al.*,
             Index No. 1:24-cv-02219-KPF (S.D.N.Y.)

Dear Judge Failla:

We write on behalf of Plaintiffs in the above-referenced matter to provide the Court with citations to the cases described herein. At the hearing on plaintiffs' motion for preliminary injunction conducted on April 26, 2024, the undersigned referred to the following authority and stated that citations would be provided after the hearing. Those citations, along with copies of the decisions, are as follows below:

> *Bascuñán v. Elsaca*, 874 F.3d 806, 824-25 (2d Cir. 2017) (domestic injury for RICO purposes; cited at Reporter's Transcript (RT) 58:24-25) (Exhibit A); and

> *United States ex rel. Rahman v. Oncology Assocs., P.C.*, 198 F.3d 489, 497-98 (4th Cir. 2001) (fraudulent transfer claims are equitable for purposes of awarding injunctive relief; cited at RT 59:19) (Exhibit B).

Respectfully submitted,<br><br>
 /s/ Ronald L. Cheng <br>
Ronald L. Cheng

cc:    All counsel of record (via ECF)