UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HUZHOU CHUANGTAI RONGYUAN INVESTMENT MANAGEMENT PARTNERSHIP; HUZHOU HUIHENGYING EQUITY INVESTMENT PARTNERSHIP; and HUZHOU HUIRONGSHENG EQUITY INVESTMENT PARTNERSHIP,

Plaintiffs,

-v.-

JUDGMENT-DEBTOR HUI QIN, a/k/a MUK LAM LI, LI MUK LAM, HUI HUI QIN, KARL QIN, and HUI QUIN; DUO LIU, a/k/a EMMA LIU; XUEMIN LIU; RUOLEI LIU; XUEYUAN HAN, a/k/a HANK HAN; HANGYUAN ZHANG; BRYN MAWR; TRUST COMPANY OF DELAWARE; TRIDENT TRUST COMPANY; ST. TOME LLC; ST. FORTUNE GROUP LLC; LUXURY TEAM, INC.; ST. GRAND CEREMONY LLC; KING FAME TRADING (BVI); PH2003 UNIT LLC; APPLEGREEN LLC; LUBAN CONSTRUCTION INC.; HUDSON GROUP LLC; GOLDEN PEGASUS LLC; GOLDEN LITTLE ELEPHANT INC.; GOLDEN KIRIN LLC; HARUSHIO LLC; GOLDEN LITTLE DRAGON; GOLDEN MERMAID LLC; HATAKAZE LLC; QYNM FAMILY HOLDING LLC; HS-QYNM FAMILY, INC.; QIN FAMILY TRUST; I LOVE GLE TRUST; APPLEGREEN FAMILY TRUST; MASTERPIECE HOLDING GROUP LTD.; NEW LAND CAPITAL LLC; YOUYORK MANAGEMENT LLC; GOLDEN LAND FUNDS LLC; MAXIM CREDIT GROUP LLC; HFRE, LLC; and JOHN AND JANE DOES 1-20,

Defendants.

24 Civ. 2219 (KPF)

**ORDER JOINING QIN CHAPTER 7 TRUSTEE AS PLAINTIFF**

KATHERINE POLK FAILLA, District Judge:

The joint motion (the "Motion") of Richard J. McCord, Esq. (the "Trustee"), solely in his capacity as Chapter 7 Trustee of the bankruptcy estate of Hui Qin a/k/a Muk Lam Li a/k/a Karl Qin (the "Debtor"), and Plaintiffs Huzhou Chuangtai Rongyuan Investment Management Partnership, Huzhou Huihengying Equity Investment Partnership, and Huzhou Huirongsheng Equity Investment Partnership (collectively, "Plaintiffs") came on for hearing before this Court.

The Motion seeks to join the Trustee with the Plaintiffs as a co-plaintiff in this action for the purpose of allowing the Trustee to prosecute any and all claims asserted herein that belong to the bankruptcy estate of the Debtor as a result of his filing for bankruptcy on May 8, 2024.

Having considered the Motion, and good cause appearing, the Court hereby GRANTS the Motion.

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. The Clerk of the Court is directed to modify the caption of this action to read:

**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| HUZHOU CHUANGTAI RONGYUAN INVESTMENT MANAGEMENT PARTNERSHIP, HUZHOU HUIHENGYING EQUITY INVESTMENT PARTNERSHIP, AND HUZHOU HUIRONGSHENG EQUITY INVESTMENT PARTNERSHIP,<br><br>Plaintiffs/Judgment Creditors,<br><br>AND<br><br>RICHARD J. MCCORD, AS CHAPTER 7 TRUSTEE OF THE ESTATE OF HUI QIN,<br><br>Plaintiff,<br><br>v.<br><br>JUDGMENT DEBTOR HUI QIN (A/K/A MUK LAM LI, LI MUK LAM, HUI HUI QIN, KARL QIN, HUI QUIN), | ) | Case No. 1:24-cv-02219-KPF<br>Related to Case No. 1:21-cv-09221-KPF |

DUO LIU (A/K/A EMMA LIU), XUEMIN LIU, RUOLEI LIU, XUEYUAN HAN, (A/K/A HANK HAN), HANGYUAN ZHANG, BRYN MAWR TRUST COMPANY OF DELAWARE, TRIDENT TRUST COMPANY, ST. TOME LLC, ST. FORTUNE GROUP LLC, LUXURY TEAM, INC., ST. GRAND CEREMONY LLC, KING FAME TRADING (BVI), PH2003 UNIT LLC, APPLEGREEN LLC, LUBAN CONSTRUCTION INC., ST. HUDSON GROUP LLC, GOLDEN PEGASUS LLC, GOLDEN LITTLE ELEPHANT INC., GOLDEN KIRIN LLC, HARUSHIO LLC, GOLDEN LITTLE DRAGON LLC, GOLDEN MERMAID LLC, HATAKAZE LLC, QYNM FAMILY HOLDING LLC, HS-QYNM FAMILY, INC., QIN FAMILY TRUST, I LOVE GLE TRUST, APPLEGREEN FAMILY TRUST, MASTERPIECE HOLDING GROUP LTD., NEW LAND CAPITAL LLC, YOUYORK MANAGEMENT LLC, GOLDEN LAND FUNDS LLC, MAXIM CREDIT GROUP LLC, HFRE, LLC, AND JOHN AND JANE DOES 1-20,

Defendants.

3. The Parties shall file with the Court a status report on any electronic data discovery issues with the first report to be filed within ten (10) days of the Plaintiffs permitted to access such data, with the next status report to be filed within thirty (30) days of the conclusion of their review of that electronic data, but in no event later than ninety (90) days after the entry of this Order.

4. The Trustee shall continue to file bi-yearly reports on the status of the Defendant Hui Qin chapter 7 bankruptcy case, with the next status report due on or before January 15, 2027.

5. This Order is issued without prejudice to the Parties seeking further, additional, or different relief as appropriate, including further equitable or legal relief.

6. The Court's Preliminary Injunction remains in full force and effect.

7. This Order shall become immediately effective upon its entry.

8. The Clerk of Court is directed to terminate the pending motion at docket entry 205.

SO ORDERED.

Dated: July 24, 2026
New York, New York

Katherine Polk Failla

10090680.1

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE